# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1026

_____

United States of America,            *
                                           *

          Appellee,             *

                                           *   Appeal from the United States
      v.                     *   District Court for
                                           *   Eastern District of Missouri.

Berisfold Smith, also known as Clyde   *
Brown, also known as Clive Brown,    *        [UNPUBLISHED]
                                         *

          Appellant.          *

_____

Submitted:  February 25, 2000
Filed:  March 3, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Following his conditional guilty plea to a drug charge, Berisfold Smith appeals the District Court's[1] denial of his motion to suppress evidence. The evidence was obtained after police subjected Smith and two other men to an investigative stop after partially corroborating an anonymous tip that the three men were removing bundles from the door panels of a car, concealing them in a coat, and taking them inside an apartment building. Having reviewed the record and the parties' briefs, we conclude

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

the District Court's denial of Smith's suppression motion was supported by substantial evidence and was not clearly erroneous.  See United States v. Delaney, 52 F.3d 182, 186 (8th Cir.) (standard of review), cert. denied, 516 U.S. 878 (1995).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.